1  ADRIENNE C. PUBLICOVER (SBN 161432)
   Email: Adrienne.Publicover@WilsonElser.com
2  DENNIS J. RHODES (SBN 168417)
   Email: Dennis.Rhodes@WilsonElser.com
3  WILSON, ELSER, MOSKOWITZ,
      EDELMAN & DICKER LLP
4  525 Market Street, 17th Floor
   San Francisco, CA  94105
5  Telephone:     (415) 433-0990
   Facsimile:      (415) 434-1370
6  Attorneys for Defendant
   LIFE INSURANCE COMPANY
7  OF NORTH AMERICA

8  ROBERT J. McKENNON (SBN 123176)
   Email: rm@mckennonlawgroup.com
9  SCOTT E. CALVERT (SBN 210787)
   Email: sc@mckennonlawgroup.com
10 McKENNON LAW GROUP PC
   20321 SW Birch Street, Suite 200
11 Newport Beach, CA 92660
   Telephone:     (949) 387-9595
12 Facsimile:      (949) 385-5165

13 Attorneys for Plaintiff,
   LAURA VILLANUEVA
14

15
                   **UNITED STATES DISTRICT COURT**
16
                   **EASTERN DISTRICT OF CALIFORNIA**
17

| | |
|---|---|
| 18  LAURA VILLANUEVA, | Case No.: 1:12-cv-01263-AWI-BAM |
| 19                      Plaintiff, | **STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT; ORDER THEREON** |
| 20  v. | |
| 21  LIFE INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania corporation; and DOES 1 to 10, inclusive, | **(Second Request)** |
| 22  | **[Civil Local Rule 143]** |
| 23                      Defendant. | Action Filed: August 2, 2012<br>Trial Date:    None |
| 24 | |
| 25 | |

26
27
28

**IT IS HEREBY STIPULATED,** pursuant to Civil Local Rule 143, by and between plaintiff Laura Villanueva and defendant Life Insurance Company of North America ("LINA"), through their attorneys of record, as follows:

1. Defendant LINA was served with the Summons and Complaint in this action on August 9, 2012;

2. The parties agreed that Defendant LINA may have a fourteen (14) day extension to and including September 13, 2012 to answer or otherwise respond to the Complaint filed in this action pursuant to the first stipulation of the parties;

3. The parties have agreed that LINA may have an addition five (5) day extension of time to and including September 18, 2012 to answer or otherwise respond to the Complaint; and

4. This extension of time to respond to the Complaint does not alter the date of any event or deadline already fixed by Court Order.

Dated: September   , 2012    WILSON, ELSER, MOSKOWITZ,
                             EDELMAN & DICKER LLP

                             By:    /s/ _Dennis J. Rhodes_____
                                    ADRIENNE C. PUBLICOVER
                                    DENNIS J. RHODES
                                    Attorneys for Defendant
                                    LIFE INSURANCE COMPANY
                                    OF NORTH AMERICA

Dated: September   , 2012    McKENNON LAW GROUP PC

                             By:    /s/ _Scott E. Calvert___
                                    ROBERT J. McKENNON
                                    SCOTT E. CALVERT
                                    Attorneys for Plaintiff
                                    LAURA VILLANUEVA

# ORDER

Based on the above Stipulation of the parties, it is hereby ORDERED that Defendant Life Insurance Company of North America shall have up to and including September 18, 2012 to file its answer to Plaintiff's Complaint.

IT IS SO ORDERED.

Dated:   **September 13, 2012**          /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE