ADRIENNE C. PUBLICOVER (SBN 161432)
Email: Adrienne.Publicover@WilsonElser.com
DENNIS J. RHODES (SBN 168417)
Email: Dennis.Rhodes@WilsonElser.com
WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA  94105
Telephone:    (415) 433-0990
Facsimile:     (415) 434-1370
Attorneys for Defendant
LIFE INSURANCE COMPANY
OF NORTH AMERICA

ROBERT J. McKENNON (SBN 123176)
Email: rm@mckennonlawgroup.com
SCOTT E. CALVERT (SBN 210787)
Email: sc@mckennonlawgroup.com
McKENNON LAW GROUP PC
20321 SW Birch Street, Suite 200
Newport Beach, CA 92660
Telephone:    (949) 387-9595
Facsimile:     (949) 385-5165

Attorneys for Plaintiff,
LAURA VILLANUEVA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA VILLANUEVA,<br><br>                    Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania corporation; and DOES 1 to 10, inclusive,<br><br>                    Defendant. | Case No.: 1:12-cv-01263-AWI-BAM<br><br>**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(Third Request)**<br><br>**[Civil Local Rule 143]**<br><br>Action Filed: August 2, 2012<br>Trial Date:     None |

**IT IS HEREBY STIPULATED,** pursuant to Civil Local Rule 143, by and between plaintiff Laura Villanueva and defendant Life Insurance Company of North America ("LINA"), through their attorneys of record, as follows:

1. Defendant LINA was served with the Summons and Complaint in this action on August 9, 2012;

2. The parties agreed that Defendant LINA may have a second five (5) day extension to and including September 18, 2012 to answer or otherwise respond to the Complaint filed in this action pursuant to the first stipulation of the parties;

3. The parties have agreed that LINA may have an additional two (2) week extension of time to and including October 1, 2012 to answer or otherwise respond to the Complaint; and

4. This extension of time to respond to the Complaint does not alter the date of any event or deadline already fixed by Court Order.

Dated: September 18, 2012      WILSON, ELSER, MOSKOWITZ,
                               EDELMAN & DICKER LLP

                               By:    /s/ _Dennis J. Rhodes_____
                                      ADRIENNE C. PUBLICOVER
                                      DENNIS J. RHODES
                                      Attorneys for Defendant
                                      LIFE INSURANCE COMPANY
                                      OF NORTH AMERICA

Dated:  September 18, 2012     McKENNON LAW GROUP PC

                               By:    /s/ _Scott E. Calvert___
                                      ROBERT J. McKENNON
                                      SCOTT E. CALVERT
                                      Attorneys for Plaintiff
                                      LAURA VILLANUEVA

# ORDER

Based on the above Stipulation of the parties, it is hereby ORDERED that Defendant Life Insurance Company of North America shall have up to and including October 1, 2012 to file its answer or otherwise respond to Plaintiff's Complaint.  All other dates remain as set.

IT IS SO ORDERED.

Dated:   **September 21, 2012**          /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE