ADRIENNE C. PUBLICOVER (SBN 161432)
Email: Adrienne.Publicover@WilsonElser.com
DENNIS J. RHODES (SBN 168417)
Email: Dennis.Rhodes@WilsonElser.com
WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA  94105
Telephone:    (415) 433-0990
Facsimile:     (415) 434-1370
Attorneys for Defendant
LIFE INSURANCE COMPANY
OF NORTH AMERICA

ROBERT J. McKENNON (SBN 123176)
Email: rm@mckennonlawgroup.com
SCOTT E. CALVERT (SBN 210787)
Email: sc@mckennonlawgroup.com
McKENNON LAW GROUP PC
20321 SW Birch Street, Suite 200
Newport Beach, CA 92660
Telephone:    (949) 387-9595
Facsimile:     (949) 385-5165

Attorneys for Plaintiff,
LAURA VILLANUEVA

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA VILLANUEVA,<br><br>              Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania corporation; and DOES 1 to 10, inclusive,<br><br>              Defendant. | Case No.: 1:12-cv-01263-AWI-BAM<br><br>**STIPULATION TO CONTINUE SCHEDULING CONFERENCE FOR 7 DAYS AND ORDER THEREON**<br><br>**[Civil Local Rules 143, 144]**<br><br>Action Filed: August 2, 2012<br>Trial Date:    None |

**IT IS HEREBY STIPULATED,** pursuant to Civil Local Rule 143, and 144 by and between plaintiff Laura Villanueva and defendant Life Insurance Company of North America ("LINA"), through their attorneys of record, as follows:

1

In view of the closure of LINA's Philadelphia office due to Hurricane Sandy, additional time is needed for further review of the Joint Rule 26 Report by LINA's counsel and LINA which was due on October 30, 2012.  Therefore, the parties stipulate and hereby request that this Court continue the Scheduling Conference previously set for November 6, 2012, to November 13, 2012 at 9:00 a.m.  The Parties shall file their Joint Scheduling Report on or before November 6, 2012.

**SO STIPULATED:**

Dated:  October 31, 2012          WILSON, ELSER, MOSKOWITZ,
                                  EDELMAN & DICKER LLP

                                  By:     /s/  Dennis J. Rhodes
                                     ADRIENNE C. PUBLICOVER
                                     DENNIS J. RHODES
                                     Attorneys for Defendant
                                     LIFE INSURANCE COMPANY
                                     OF NORTH AMERICA


Dated:   October 31, 2012         McKENNON LAW GROUP PC

                                  By:     /s/  Scott E. Calvert
                                     ROBERT J. McKENNON
                                     SCOTT E. CALVERT
                                     Attorneys for Plaintiff
                                     LAURA VILLANUEVA

**ORDER**

Based on the Stipulation of the parties, the Initial Scheduling Conference currently set for November 6, 2012 is CONTINUED to November 13, 2012 at 9:00 a.m., in Courtroom 8 before the Honorable Barbara A. McAuliffe.

IT IS SO ORDERED.

Dated:   **October 31, 2012**              /s/ Barbara A. McAuliffe
                                     UNITED STATES MAGISTRATE JUDGE