1  ADRIENNE C. PUBLICOVER (SBN 161432)
   Email: Adrienne.Publicover@WilsonElser.com
2  DENNIS J. RHODES (SBN 168417)
   Email: Dennis.Rhodes@WilsonElser.com
3  WILSON, ELSER, MOSKOWITZ,
      EDELMAN & DICKER LLP
4  525 Market Street, 17th Floor
   San Francisco, CA  94105
5  Telephone:     (415) 433-0990
   Facsimile:     (415) 434-1370
6  Attorneys for Defendant
   LIFE INSURANCE COMPANY
7  OF NORTH AMERICA

8  ROBERT J. McKENNON (SBN 123176)
   Email: rm@mckennonlawgroup.com
9  SCOTT E. CALVERT (SBN 210787)
   Email: sc@mckennonlawgroup.com
10 McKENNON LAW GROUP PC
   20321 SW Birch Street, Suite 200
11 Newport Beach, CA 92660
   Telephone:    (949) 387-9595
12 Facsimile:    (949) 385-5165

13 Attorneys for Plaintiff,
   LAURA VILLANUEVA
14

15
                    **UNITED STATES DISTRICT COURT**
16
                    **EASTERN DISTRICT OF CALIFORNIA**
17

| 18 | LAURA VILLANUEVA, | Case No.: 1:12-cv-01263-AWI-BAM |
|---|---|---|
| 19 | Plaintiff, | **STIPULATION AND ORDER TO CONTINUE THE BRIEFING SCHEDULE AND HEARING DATE FOLLOWING SCHEDULING CONFERENCE** |
| 20 | v. | |
| 21 | LIFE INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania corporation; and DOES 1 to 10, inclusive, | **[Civil Local Rules 143, 144]** |
| 22 | | |
| 23 | Defendant. | Action Filed: August 2, 2012<br>Trial Date:   None |

24
25
26
27
28

1      **IT IS HEREBY STIPULATED,** pursuant to Civil Local Rule 143, and 144 by and
2  between plaintiff Laura Villanueva and defendant Life Insurance Company of North America
3  ("LINA"), through their attorneys of record, as follows:
4      On November 13, 2012, this Court held a Case Management Conference.  At that time, the
5  Court set a briefing schedule for the parties to provide its assessment of the standard of review in
6  this ERISA matter, and the scope of any discovery that may be permitted based upon the standard
7  of review.
8      At the conference, counsel for LINA indicated that he should be able to prepare the initial
9  letter brief for filing on November 30, 2012.  Hence, the Court set the date, accordingly, with
10 Plaintiff's letter brief to be filed on December 12, 2012 and a telephonic hearing set for December
11 19, 2019.
12     Because of the intervening Thanksgiving holiday, and LINA's counsel's additional case
13 responsibilities, counsel for LINA will need additional time to prepare the letter brief currently
14 due on November 30, 2012.  Counsel has had to be away on November 20 and 21, 2012, for
15 mediation in another matter.  Further, the intervening Thanksgiving holiday, reduced the amount
16 of time for LINA's counsel to prepare the brief.  Therefore, LINA's counsel has asked counsel for
17 plaintiff to agree to this brief continuance.  Plaintiff's counsel has graciously done so.
18     Therefore, for good cause appearing, the parties request that the dates of the briefing
19 schedule be continued for one week as follows:
20     LINA's letter brief due on or before December 7, 2012:
21     Plaintiff's letter brief due on or before December 19, 2012;
22     Hearing set for a date during the last week of December 2012 or the first week of January
23 2013, depending upon the Court's docket and availability.

**SO STIPULATED:**

Dated:  November 26, 2012          WILSON, ELSER, MOSKOWITZ,
                                    EDELMAN & DICKER LLP


                                    By: /s/ *Dennis J. Rhodes*
                                    ADRIENNE C. PUBLICOVER
                                    DENNIS J. RHODES
                                    Attorneys for Defendant
                                    LIFE INSURANCE COMPANY
                                    OF NORTH AMERICA


Dated:  November 26, 2012          McKENNON LAW GROUP PC

                                    By: /s/ *Scott E. Calvert*
                                    ROBERT J. McKENNON
                                    SCOTT E. CALVERT
                                    Attorneys for Plaintiff
                                    LAURA VILLANUEVA

## ORDER

The parties having stipulated and good cause appearing therefore, **IT IS HEREBY ORDERED**:

The briefing schedule as outlined by the Court's following the Case Management Conference is hereby modified as follows:

a. LINA's letter brief is due on or before December 7, 2012:

b. Plaintiff's letter brief due on or before December 19, 2012;

c. The telephonic hearing is set for January 11, 2013 at 9:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe.

IT IS SO ORDERED.

Dated:  **November 27, 2012**          /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION TO CONTINUE BRIEFING SCHEDULING
**Error! Unknown document property name.**
Case No.: 1:12-cv-01263-AWI-BAM