# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA VILLANUEVA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania corporation; and DOES 1 to 10, inclusive,<br><br>　　　　　Defendant. | Case No.: 1:12-cv-01263-AWI-BAM<br><br>ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE |

The Parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys fees and costs, this matter is hereby dismissed with prejudice.

IT IS SO ORDERED.

Dated:   July 16, 2013                    _____
　　　　　　　　　　　　　　　　　　　　SENIOR DISTRICT JUDGE